FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 13- **CR 13 00749** |
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [18 U.S.C. § 371: Conspiracy] |
| RANDY LEE MITCHELL, | |
| Defendant. | |

The United States Attorney charges:

At all times relevant to this Information:

A.   INTRODUCTORY ALLEGATIONS

1.   The Boeing Company ("Boeing") was a Delaware corporation with its headquarters and principal place of business in Seattle, Washington. Boeing's business included the research, development, manufacture, and sale of space satellites. Boeing was a "prime contractor" that had direct contracts with United States Government agencies, including the Department of Defense ("DOD"), United States Air Force ("USAF"), National Aeronautical Space Administration ("NASA"), and United States National Reconnaissance Office ("NRO"), to supply

satellites, satellite parts, and other products. Boeing Space and Intelligence System ("BSIS") was a unit of Boeing which focused on space systems and was headquartered in Seal Beach, California, within the Central District of California.

2. Mark Allen ("Allen") was a Procurement Agent employed by BSIS in El Segundo, California. Allen's job was to procure from subcontractors parts used for BSIS' United States Government and commercial programs. BSIS procured parts through a competitive bidding process in which Allen sent requests for bids to various subcontractors, subcontractors submitted bids on projects, and Allen was to award purchase orders to the subcontractors with the best bids.

3. Raymond Joseph ("Joseph") was an independent outside sales representative for numerous subcontractors who did business with BSIS and other United States Government prime contractors.

4. Subcontractor #1 was a California corporation with facilities in Whittier, California, and Montebello, California, both within the Central District of California. Subcontractor #1 worked as a subcontractor for BSIS on projects funded by various United States Government agencies and commercial companies. In or about August 2009, BSIS excluded Subcontractor #1 from doing further work for BSIS due to poor work quality and performance issues.

5. A.H. was an owner and manager of Subcontractor #1. A.H. was responsible for the day-to-day operations of Subcontractor #1. A.H. retained Joseph to obtain BSIS purchase orders for Subcontractor #1.

6.  Defendant RANDY LEE MITCHELL ("defendant MITCHELL") was an employee of Subcontractor #1.  Defendant MITCHELL assisted in manufacturing parts for Subcontractor #1 and was responsible for Subcontractor #1's quality control.

7.  Nace Sheet Metal Company ("Nace") was a sole proprietorship located in Anaheim, California, within the Central District of California.  Nace's primary business was the manufacturing of office furniture.  Nace served as a front for Subcontractor #1 after BSIS excluded Subcontractor #1 from doing business with BSIS.

8.  Cesar Soto ("Soto") was the owner of Nace and was responsible for the day-to-day operations of Nace.  Soto was related through marriage to A.H.

B.  OBJECT OF THE CONSPIRACY

9.  Beginning in or about November 2010 and continuing through in or about February 2012, in Los Angeles County, within the Central District of California, and elsewhere, defendant MITCHELL, together with coconspirators A.H., Joseph, Soto, and others known and unknown to the United States Attorney, knowingly combined, conspired, and agreed to commit the following offense against the United States: mail fraud, in violation of Title 18, United States Code, Section 1341.

C.  THE MANNER AND MEANS OF THE CONSPIRACY

10.  The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

    a.  In or about November 2010, after BSIS had excluded Subcontractor #1 from doing further work for BSIS, A.H. recruited defendant MITCHELL, Soto, and Nace to take steps to

make it appear as if Soto and Nace contracted with BSIS, thereby concealing from BSIS that A.H. and Subcontractor #1 continued to manufacture products under BSIS purchase orders and allowing Subcontractor #1 to continue to bid, manufacture, deliver, and receive payments from BSIS.

      b.    At the direction of A.H., Soto agreed that A.H. and Subcontractor #1 would use Soto's name and Nace to submit bids to BSIS.

      c.    So that they could begin doing business with Boeing, at the direction of A.H., defendant MITCHELL and Soto falsely represented to Boeing employees that Nace was going to do the Boeing work, when, in fact, it was Subcontractor #1.

11. As a direct and intended part of the conspiracy described above, A.H. and Subcontractor #1 received approximately $275,132 in BSIS purchase orders, of which A.H. paid approximately $33,796 as a commission to Joseph.

D.   OVERT ACTS

12. In furtherance of the conspiracy, and to accomplish its object, defendant MITCHELL, together with coconspirators Soto, A.H. and Joseph, and others known and unknown to the United States Attorney, committed and willfully caused others to commit the following overt acts, among others, in the Central District of California and elsewhere:

      Overt Act No. 1: In or about July or August 2011, defendant MITCHELL and Soto, at the direction of A.H., attended a meeting with Boeing employees at Subcontractor #1's manufacturing facility and falsely represented that Subcontractor #1's manufacturing facility was Nace's

4

manufacturing facility and that Nace would complete the Boeing work when, in fact, Subcontractor #1 was going to complete the Boeing work.

Overt Act No. 2: On or about August 17, 2011, defendant MITCHELL, via email, instructed Joseph to remove Joseph's name from a document to conceal from Boeing Nace's association with Joseph, A.H., and Subcontractor #1.

Overt Act No. 3: On or about October 19, 2011, BSIS paid Nace approximately $34,950 via check by U.S. Mail from Seattle, Washington, for the purchase order related to a Boeing Capital Equipment Contract.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

RICHARD E. ROBINSON
Assistant United States Attorney
Chief, Major Frauds Section

CONSUELO S. WOODHEAD
Assistant United States Attorney
Deputy Chief, Major Frauds Section

DAVID L. KIRMAN
Assistant United States Attorney
Major Frauds Section