STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
DAVID L. KIRMAN (Cal State Bar No.: 235175)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4442
    Facsimile: (213) 894-6269
    E-mail: david.kirman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 13-749-ODW |
|---|---|
| Plaintiff, | ORDER |
| v. | CURRENT SENTENCING DATE: February 2, 2015 AT 11:00 A.M. |
| RANDY LEE MITCHELL, | |
| Defendant. | SENTENCING DATE: August 3, 2015 at 11:00 A.M. |
| | [UNDER SEAL] |

FOR GOOD CAUSE SHOWN, it is hereby ORDERED that sentencing for defendant Randy Lee Mitchell is continued from February 2, 2015 at 11:00 a.m. to August 3, 2015 at 11:00 a.m. and that this Order and the parties' stipulation to continue sentencing shall be filed under seal.

Dated: January 3, 2015

_____
HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE